27936. SPARKS *v.* THE STATE.

BROYLES, C. J. The defendant was convicted of the offense of unlawfully
possessing alcoholic and intoxicating liquors. The verdict was amply
authorized by the evidence, and the court did not err in overruling the
motion for new trial, which contained only the general grounds.
            *Judgment affirmed. MacIntyre and Guerry, JJ., concur.*
        DECIDED FEBRUARY 5, 1940.

*C. L. Redman,* for plaintiff in error.
*Claude Christopher, solicitor,* contra.